UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

NO. 91-3737

_____

JANICE G. CLARK, ORSCINI L. BEARD,
EDDIE G. CRAWFORD, NORBERT C. RAYFORD,
VOTER INFORMATION PROJECT, INC.,
LOUIS SCOTT, SYLVIA COOK, CONNIE SADLER,
TOM NELSON AND ALBERT RICHARD,

Plaintiffs-Appellees
Cross-appellants,

V.

EDWIN W. EDWARDS, GOVERNOR OF LOUISIANA,
RICHARD P. IEYOUB, ATTORNEY GENERAL OF LOUISIANA,
FOX McKEITHEN, SECRETARY OF STATE OF THE STATE
OF LOUISIANA, IN THEIR OFFICIAL CAPACITIES AS
REPRESENTATIVES OF THE STATED OF LOUISIANA,

Defendants-Appellants
Cross-appellees.

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA
_____
(April 1, 1992)

Before KING, JOHNSON, and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:

The Motion of the Defendants-Appellants-Cross-Appellees to
dismiss their appeal, to vacate the stay pending appeal
previously entered by this Court, and to remand this case to the
district court for imposition of the relief ordered by the
district court at the next scheduled election is hereby granted.
The Motion of the Plaintiffs-Appellees-Cross-Appellants to
dismiss their cross-appeal is hereby granted.

APPEALS DISMISSED; STAY VACATED; REMANDED TO THE DISTRICT COURT WITH INSTRUCTIONS.